1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>                    Plaintiff,      )<br>                                              )<br>           v.                            )<br>                                              )<br>JOSE GUADALUPE ROBLEDO- )<br>  MELENDEZ, aka Rafa, et al.   )<br>                                              )<br>                   Defendants.   )<br>_____) | CR. NO. S-99-0295 JAM<br><br>**GOVERNMENT'S MOTION TO**<br>**DESTROY T-III TAPES;  ORDER** |

The government moves for authorization for the U.S. Drug Enforcement Administration to destroy the original recordings of the Court authorized intercepted telephone communications in the above captioned closed case. 18 U.S.C. § 2518(8)(a) requires Court authorization to do so. No defendants are left open; no appeals are pending; the case is over. DEA wants to close out their file and dispose of the physical evidence, including the above described recordings. They need a Court order to do so.

Dated: March 12, 2012

                                BENJAMIN B. WAGNER
                                U.S. Attorney

                          by    /s/ Richard J. Bender
                                RICHARD J. BENDER
                                Assistant U.S. Attorney

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | Acting United States Attorney |
| 2 | RICHARD J. BENDER |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2731 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-99-0295 DFL - GGH |
| Plaintiff, | ) | |
| v. | ) | **ORDER AUTHORIZING DESTRUCTION OF T-III ORIGINAL RECORDINGS** |
| JOSE GUADALUPE ROBLEDO-MELENDEZ, aka Rafa, et al. | ) | |
| Defendants. | ) | |

Upon motion of the government, the case having been closed and good cause having been shown, it is hereby ORDERED that the Drug Enforcement Administration is authorized to destroy the original T-III recordings in the above referenced case.

Dated: March 14, 2012        /s/ John A. Mende
                             Hon. John A. Mendez
                             U. S. District Court Judge